NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LESA MARTINO, JANE DOE, and        )
JOHN DOE,                          )
                                   )
      Appellants,                  )
                                   )
v.                                 )        Case No. 2D19-29
                                   )
TRACI SAMUEL,                      )
                                   )
      Appellee.                    )
                                   )
———————————————————————————)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Hillsborough County; Daryl M. Manning,
Judge.

Lesa Martino, pro se.

Matthew D. Weidner of Weidner Law,
P.A., St. Petersburg, for Appellee.


PER CURIAM.

      Affirmed.


KHOUZAM, C.J., and SALARIO and ROTHSTEIN-YOUAKIM, JJ., Concur.